```
BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:     (916) 554-2932
Facsimile:     (916) 554-2900

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-mj-00272-DAD |
|---|---|---|
| Plaintiff, | ) | **ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d)** |
| v. | ) | |
| URIEL TORRES, | ) | **PRELIMINARY HEARING: 9-28-2011** |
| Defendant. | ) | |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d), filed by the parties in this matter on September 13, 2011. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

////

////

THEREFORE, FOR GOOD CAUSE SHOWN:

    1.   The date of the preliminary hearing is extended to October 5, 2011, at 2:00 P.M.

    2.   Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

September 14, 2011         /s/ Gregory G. Hollows
_____         _____
DATE         GREGORY G. HOLLOWS
         United States Magistrate Judge