```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PAUL A. HEMESATH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:    (916) 554-2932
    Facsimile:    (916) 554-2900
 5
 6  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:11-mj-00272-DAD |
|---|---|
| Plaintiff, | ) **ORDER EXCLUDING TIME** |
| v. | ) |
| URIEL TORRES, | ) |
| Defendant. | ) |

The Court has read and considered the Stipulation for Exclusion of Time filed by the parties in this matter on September 15, 2011. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an exclusion of time pursuant to the applicable law.  18 U.S.C. § 3161(h)(7)(A).

THEREFORE:

1.  For the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

2.  Therefore, the time between August 31, 2011, and October 5,

1  2011, shall be excluded from calculation pursuant to 18 U.S.C. §
2  3161(h)(7)(A).

4  IT IS SO ORDERED.

   Date: September 29, 2011

                                   /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE